UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA          )
                                  )          Case No. 1:09-CR-181
v.                                )
                                  )          Chief Judge Curtis L. Collier
GLENN SKILES                      )
                                  )

## ORDER

Before the Court is Defendant Glenn Skiles' ("Defendant") motion to suppress the fruits of the search of Defendant's residence and request for a *Franks* hearing (Court File No. 622). The motion was referred to United States Magistrate Judge William B. Mitchell Carter, who issued a Report & Recommendation ("R&R") recommending Defendant's motion and request be denied (Court File No. 675). Defendant filed a timely objection to the R&R (Court File No. 692). For the reasons expressed in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 675) and **DENIES** Defendant's motion to suppress and request for a *Franks* hearing (Court File No. 622).

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**