UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No: 1:09-CR-181 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| GLENN SKILES ) | |
| ) | |

**ORDER**

Before the Court is Defendant Glenn Skiles' ("Defendant") motion to suppress statements made to law enforcement during the execution of a search warrant at Defendant's residence (Court File No. 620). The Court referred the motion and request to United States Magistrate Judge William B. Mitchell Carter pursuant to 28 U.S.C. § 636(b)(1) (Court File No. 627). Judge Carter issued a Report and Recommendation ("R&R") on the motion (Court File No. 853). Neither party filed a timely objection to the R&R. After reviewing the record and the applicable law, the Court agrees with the magistrate judge's findings of fact and conclusions of law. Accordingly, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 853) and **DENIES** Defendant's motion to suppress (Court File No. 620).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**